**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| LAURIE ROOT, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No.  10-1457 |
| | : | |
| KEYSTONE HELICOPTER CORPORATION, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

**AND NOW**, this 18th day of January, 2011, upon consideration of Defendant Keystone

Helicopter Corporation's Motion for Summary Judgment (Doc. No. 6), Plaintiff Laurie Root's

Response, and the Replies thereto, it is hereby **ORDERED** that Defendant's Motion is

**DENIED.**

BY THE COURT:

 /s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE